IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLEE PEARSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GARY P. WEAGLE, and GREGORY K. FOSTER,<br><br>        Defendants. | 8:18CV504<br><br>**ORDER** |

This matter is before the Court on the parties' Motion to Transfer Place of Trial from Omaha to North Platte. ([Filing No. 55](#)).

Having considered the convenience of the litigants, witnesses and attorneys, the Court finds that the motion should be granted.

Accordingly,

**IT IS ORDERED** that the parties' Motion to Transfer Place of Trial ([Filing No. 55](#)) is granted. The Clerk of Court shall modify the docket sheet to reflect that the trial of this matter will occur in North Platte, Nebraska.

Dated this 18th day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge