IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CAROLEE PEARSON, | ) | Civil Action No. 8:18-cv-00504 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| GARY P. WEAGLE and GREGORY K. FOSTER, | ) | |
| Defendants, | ) | |

**ORDER OF DISMISSAL
AS TO DEFENDANT GREGORY K. FOSTER**

This matter comes before the Court upon the Joint Stipulation for Dismissal With Prejudice as to Defendant Gregory K. Foster. ([Filing No. 67](#).) The Court, after being duly advised, finds that said stipulation is appropriate and hereby dismisses Gregory K. Foster as a party defendant, with prejudice, with each of said parties subject to the joint stipulation paying their own respective costs and attorney's fees.

Dated June 12, 2019.

**IT IS SO ORDERED.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge